IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAWRENCE GREGORY BURNS,

    Plaintiff,

  v.

AUSTIN SUMMERS,
EAU CLAIRE POLICE DEPARTMENT,
EAU CLAIRE COURTS and
MICHELLE ERDMANN,

    Defendants.

Case No.  21-cv-302-jdp

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | April 15, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |